UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
          V.             )   CRIMINAL NO. 03-10397-GAO
                         )
EANG CHHOR               )

### DISMISSAL OF THE INDICTMENT

The United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the Sealed Indictment against Defendant Eang Chhor that charges him with transferring firearms to non-resident, in violation of 18 U.S.C. §922(a)(5). Said sealed indictment was returned by a federal grand jury sitting in Boston, MA, on or about December 17, 2003.

As grounds for the instant dismissal, the undersigned states that the U.S. State Department has confirmed that Defendant Eang Chhor died abroad in Phnom Penh, the Kingdom of Cambodia, on April 16, 2004. As such, the interests of justice do not require further prosecution of the instant firearms charges.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                              By:  _____
                                   LAURA KAPLAN, Section Chief
Dated: 4/12/06                     Organized & Violent Crime Section

Leave To File Granted:

_____
GEORGE A. O'TOOLE, JR.
United States District Judge

Date: